# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-04033-CR-RK |
| LYLE RICHARD HASLAG, | ) ) ) |
| Defendant. | ) |

## ORDER DENYING DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

Before the Court is Defendant Lyle Richard Haslag's motion to revoke the detention order entered by the Honorable Willie J. Epps on July 28, 2020. (Doc. 23.) The Government has now responded. (Doc. 24.) After careful consideration, and for the reasons set forth in the Government's brief, the motion is **DENIED**.

**IT IS SO ORDERED**.

        s/ Roseann A. Ketchmark
        ROSEANN A. KETCHMARK, JUDGE
        UNITED STATES DISTRICT COURT

DATED: September 8, 2020